**91–2128.** GMS Mgt. Co., Inc. v. Pick–N–Pay Supermarkets, Inc. *Lake County*, No. 90–L–15–107. Reported at 62 Ohio St.3d 1500, 583 N.E.2d 971. On motion for rehearing. Rehearing denied.

MOYER, C.J., SWEENEY and DOUGLAS, JJ., dissent.

**91–2174.** State v. Fontenette. *Cuyahoga County*, No. 59014. Reported at 62 Ohio St.3d 1506, 583 N.E.2d 1318. On motion for rehearing. Rehearing denied.

MOYER, C.J., dissents.